**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN MORALES,                                            Case 2:21-cv-00343-JES-NPM

    Plaintiff,

v.

CUBESMART, L.P.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant CubeSmart, L.P., by and through its undersigned counsel, hereby gives the Court notice that Plaintiff John Morales and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated this 24th day of June, 2020.

    Respectfully submitted,

    */s/ Beth S. Joseph*
    Beth S. Joseph
    Florida Bar No. 0062952
    beth.joseph@morganlewis.com
    Franco Bacigalupo
    Florida Bar No. 0119055
    franco.bacigalupo@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**
    600 Brickell Avenue
    Suite 1600
    Miami, Florida 33131-3075
    Telephone: (305) 415.3308
    Facsimile: (305) 415.3001

    *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Beth S. Joseph*
Beth S. Joseph

**SERVICE LIST**

Alberto R. Leal
The Leal Law Firm, P.A.
8927 Hypoluxo Rd. #157
Lake Worth, Florida 33467
Phone: 561-237-2740
Fax: 561-237-2741
Email: al@thelealfirm.com

*Counsel for Plaintiff*